This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                                              **NO. 29,392**

**CRISANTOS G.,**

Child-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**M. Monica Zamora, District Judge**

Gary K. King, Attorney General
Santa Fe, NM
Jacqueline R. Medina, Assistant Attorney General
Albuquerque, NM

for Appellee

Hugh W. Dangler, Chief Public Defender
Santa Fe, NM
Alison B. Pauk, Assistant Public Defender
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**VIGIL, Judge.**

Child appealed an adjudication of delinquency for possession of alcohol, contrary to: NMSA 1978, Section 60-7B-1(C) (2004) and NMSA 1978 Section 32A-2-3 (2005) (amended 2009); and assault on a peace officer, contrary to NMSA 1978, Section 30-22-21 (1971) and Section 32A-2-3. This Court issued a calendar notice proposing to reverse. The State has filed a notice of intent informing this Court that a memorandum in opposition to this Court's proposed summary disposition will not be filed. We therefore reverse for the reasons set out in this Court's notice of proposed disposition.

**IT IS SO ORDERED.**

_____
**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Chief Judge**

_____
**ROBERT E. ROBLES, Judge**